IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROY MUNN, Individually, | : |
|     Plaintiff, | : |
| v. | : Case No. 4:21-cv-00091-WTM-CLR |
| SAVANNAH MALL REALTY HOLDING, LLC<br>A Domestic Limited Liability Company | : |
|     Defendant. | : |
| _____/ | |

## NOTICE OF SETTLEMENT

The parties, through their undersigned counsel, hereby inform the Court that a settlement of the present matter has been reached and the parties are in the process of finalizing the agreement to writing. The parties anticipate filing a dismissal with prejudice within the next 30 days. The parties therefore request that this honorable court vacate all dates currently set on the calendar for the present matter.

Dated: November 11, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Allan C. Galis |
| PETE M. MONISMITH | Allan C. Galis |
| PETE M. MONISMITH, PC | HUNTER MACLEAN |
| 3945 Forbes Avenue, | 200 E. Saint Julian Street |
| Suite #175 | PO Box 9848 |
| Pittsburgh, Pennsylvania  15213 | Savannah, GA 31412 |
| Telephone:  (724) 610-1881 | Telephone: 912-236-0261 |
| Facsimile (412) 258-1309 | Facsimile: 912-236-4936 |
| Pete@monismithlaw.com | AGalis@huntermaclean.com |
| ***Attorneys for Plaintiff*** | ***Attorney for Defendant*** |