UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ROY MUNN, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 4:21-cv-00091-WTM-CLR |
| : | |
| **SAVANNAH MALL REALTY** : | |
| **HOLDING, LLC** : | |
| **A Domestic Limited Liability Company** : | |
| : | |
| **Defendant.** | |
| _____/ | |

## STIPULATION OF DISMISSAL

Plaintiff Roy Munn and Defendant Savannah Mall Realty Holding, LLC. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 30th day of November 2021.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Allan C. Galis |
| PETE M. MONISMITH | Allan C. Galis |
| PETE M. MONISMITH, PC | HUNTER MACLEAN |
| 3945 Forbes Avenue, | 200 E. Saint Julian Street |
| Suite #175 | PO Box 9848 |
| Pittsburgh, Pennsylvania 15213 | Savannah, GA 31412 |
| Telephone: (724) 610-1881 | Telephone: 912-236-0261 |
| Facsimile (412) 258-1309 | Facsimile: 912-236-4936 |
| Pete@monismithlaw.com | AGalis@huntermaclean.com |
| ***Attorneys for Plaintiff*** | ***Attorney for Defendant*** |