## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

ROY MUNN,                          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )      CASE NO. CV421-091
                                   )
SAVANNAH MALL REALTY HOLDING,      )
LLC, A Domestic Limited            )
Liability Company,                 )
                                   )
        Defendant.                 )
_____   )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal.
(Doc. 23.) On November 1, 2021, the Court ordered Plaintiff to
file a brief establishing that Plaintiff had standing to pursue
his claim under the Americans with Disabilities Act. (Doc. 16.)
Plaintiff filed a brief along with an affidavit in which he
provides details supporting his claim that he has standing. (Doc.
20; Doc. 20, Attach. 1.) Defendant has not responded to Plaintiff's
brief. Accepting Plaintiff's allegations as true and in the absence
of opposition from Defendant, the Court finds Plaintiff has alleged
facts sufficient to demonstrate that he has standing at this early
stage in the litigation.

Having satisfied its jurisdictional concerns, the Court can
now address the parties' stipulated dismissal. (Doc. 23.) Pursuant
to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff

may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ᴺᴰ day of December 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2